SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
MOE KESHAVARZI, Cal. Bar No. 223759
mkeshavarzi@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California  90071-14488
Telephone:  213-620-1780
Facsimile:   213-620-1398

** E-filed January 12, 2012 **

Attorneys for Plaintiff and Cross-Defendant
UTILITY SERVICE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UTILITY SERVICE COMPANY, INC., a Georgia corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA CRUZ,<br><br>　　　　　Defendant | Case No.  CV11-0739 HR<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND ~~(PROPOSED)~~ ORDER**<br><br>(MODIFIED BY THE COURT) |
| CITY OF SANTA CRUZ,<br><br>　　　　　Cross-Complainant,<br><br>　　v.<br><br>UTILITY SERVICE COMPANY, INC.,<br><br>　　　　　Cross-Defendant. | |

W02-WEST:LDH\404447697.1

STIPULATION TO CONTINUE
TRIAL DATE

1   Plaintiff and Cross-defendant Utility Service Company, Inc. ("Utility")
2 and defendant and Cross-complainant City of Santa Cruz ("City"), by and through
3 their respective counsel of record, hereby stipulate to continue the April 2, 2012 trial
4 of this action as follows:

6   WHEREAS, Utility and the City believe they are close to a settlement
7 of all disputes herein;

9   WHEREAS, Utility and the City must each go through an approval
10 process for any settlement to be finalized;

12   WHEREAS, neither party wishes to incur any unnecessary additional
13 time, fees and waste judicial resources if the matter is settled; and

15   WHEREAS, Utility and the City agree that a short, thirty (30) day
16 continuation of the trial of this action will allow the parties to engage in a good faith
17 attempt to settle all of their disputes.

19   NOW, THEREFORE, Utility and the City stipulate as follows:

21   1.   With the Court's approval, the trial in this action will be continued to
22 ~~May 2, 2012, or at the convenience of the Court;~~
23 May 7, 2012 and the Pretrial Conference will be continued to May 1, 2012;

2.  All ~~applicable~~ **subsequent** court deadlines; including the time to file motions for summary judgment, will be extended by thirty (30) days; and

3.  ~~All discovery deadlines previously agreed upon by the parties, will be extended by thirty (30) days~~. **Discovery is closed.**

Dated: January 9, 2012

                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By _____
                                                          Polly Towill

                                Attorneys for Plaintiff and Cross-defendant
                                UTILITY SERVICE COMPANY, INC.

Dated: January 9, 2012

                                By _____
                                                        George Kovacevich

                                Attorneys for Defendant and
                                Cross-complainant
                                CITY OF SANTA CRUZ

**ORDER**

1
2
3   IT IS SO ORDERED.
4
5   DATED: January 12, 2012    _____
6                              The Honorable Howard R. Lloyd
                               Magistrate Judge of the United District Court, Northern District
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-