SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
MOE KESHAVARZI, Cal. Bar No. 223759
mkeshavarzi@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California  90071-14488
Telephone:  213-620-1780
Facsimile:   213-620-1398

** E-filed January 12, 2012 **

Attorneys for Plaintiff and Cross-Defendant
UTILITY SERVICE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| UTILITY SERVICE COMPANY, INC., a Georgia corporation, | Case No.  CV11-0739 HR |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND ~~(PROPOSED)~~ ORDER** |
| v. | (MODIFIED BY THE COURT) |
| CITY OF SANTA CRUZ, | |
| Defendant | |
| CITY OF SANTA CRUZ, | |
| Cross-Complainant, | |
| v. | |
| UTILITY SERVICE COMPANY, INC., | |
| Cross-Defendant. | |

W02-WEST:LDH\404447697.1

STIPULATION TO CONTINUE
TRIAL DATE

1    Plaintiff and Cross-defendant Utility Service Company, Inc. ("Utility")
2 and defendant and Cross-complainant City of Santa Cruz ("City"), by and through
3 their respective counsel of record, hereby stipulate to continue the April 2, 2012 trial
4 of this action as follows:

6    WHEREAS, Utility and the City believe they are close to a settlement
7 of all disputes herein;

9    WHEREAS, Utility and the City must each go through an approval
10 process for any settlement to be finalized;

12    WHEREAS, neither party wishes to incur any unnecessary additional
13 time, fees and waste judicial resources if the matter is settled; and

15    WHEREAS, Utility and the City agree that a short, thirty (30) day
16 continuation of the trial of this action will allow the parties to engage in a good faith
17 attempt to settle all of their disputes.

19    NOW, THEREFORE, Utility and the City stipulate as follows:

21    1.   With the Court's approval, the trial in this action will be continued to
22 ~~May 2, 2012, or at the convenience of the Court;~~
23 May 7, 2012 and the Pretrial Conference will be continued to May 1, 2012;

W02-WEST:LDH\404447697.1

-1-

STIPULATION TO CONTINUE TRIAL DATE

2. All ~~applicable~~ **subsequent** court deadlines; including the time to file motions for summary judgment, will be extended by thirty (30) days; and

3. ~~All discovery deadlines previously agreed upon by the parties, will be extended by thirty (30) days~~. **Discovery is closed.**

Dated: January 9, 2012

                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                      By _/s/ Polly Towill_
                                Polly Towill

                      Attorneys for Plaintiff and Cross-defendant
                      UTILITY SERVICE COMPANY, INC.

Dated: January 9, 2012

                      By _/s/ George Kovacevich_
                                George Kovacevich

                      Attorneys for Defendant and
                      Cross-complainant
                      CITY OF SANTA CRUZ

**ORDER**

IT IS SO ORDERED.

DATED:  January 12, 2012

_____
The Honorable Howard R. Lloyd
Magistrate Judge of the United District Court, Northern District