**United States District Court**
For the Northern District of California

**\*\* E-filed April 30, 2012 \*\***

1

2

3

4

5

6

7

NOT FOR CITATION

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11 | UTIITY SERVICE CO. Inc.,                        No. C11-00739 HRL

12 |            Plaintiff,                 **ORDER TO SHOW CAUSE RE:**
      v.                                   **SETTLEMENT**

13

14 | CITY OF SANTA CRUZ,

     Defendant.

15 | _____/

16

17        The court is informed that the parties have reached a settlement. Accordingly, all pending

18 case management deadlines, including the May 1, 2012 Pretrial Conference, have been vacated.

19        All parties shall appear on **June 5, 2012** in Courtroom 2, Fifth Floor, 280 South First St.,

20 San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall

21 file a statement in response to this Order to Show Cause no later than **May 29, 2012**. The joint

22 statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how

23 much additional time, if any, is needed to finalize the settlement and file a dismissal. However, if a

24 dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and

25 no statement will be required.

26        **IT IS SO ORDERED.**

27 Dated: April 30, 2012

28                                         _____
                                           HOWARD R. LLOYD
                                           UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1    **C 11-00739 HRL** **Notice will be electronically mailed to:**

2    Moe Keshavarzi            mkeshavarzi@sheppardmullin.com
     Polly Towill                ptowill@sheppardmullin.com
3    Richard Simmons         rsimmons@sheppardmullin.com
     Sydney Paterno          apaterno@abc-law.com

4

5    **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28