**\*\* E-filed April 30, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UTIITY SERVICE CO. Inc., | No. C11-00739 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| CITY OF SANTA CRUZ, | |
| Defendant. | |

The court is informed that the parties have reached a settlement. Accordingly, all pending case management deadlines, including the May 1, 2012 Pretrial Conference, have been vacated.

All parties shall appear on **June 5, 2012** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **May 29, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. However, if a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: April 30, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 11-00739 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Moe Keshavarzi | mkeshavarzi@sheppardmullin.com |
| Polly Towill | ptowill@sheppardmullin.com |
| Richard Simmons | rsimmons@sheppardmullin.com |
| Sydney Paterno | apaterno@abc-law.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**